NOT FOR PUBLICATION (Doc. No. 87)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| GENO A. LOCASCIO, : | |
| Plaintiff, : | |
| : | Civil No. 07-4834 (RBK/AMD) |
| v. : | |
| : | **ORDER** |
| KARREN BALICKI, et al., : | |
| Defendants. : | |

**THIS MATTER** having come before the Court upon the motion of Plaintiff Geno A. LoCascio pursuant to Federal Rule of Civil Procedure 72(a) objecting to an Order entered by Magistrate Judge Ann Marie Donio on April 30, 2010; and the Court having considered the parties' submissions;

**IT IS HEREBY ORDERED** that, for the reasons stated in the Court's accompanying opinion, Plaintiff's motion is **DENIED**.

Dated: 12/23/10                              /s/ Robert B. Kugler
                                             ROBERT B. KUGLER
                                             United States District Judge