## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| GENO A. LOCASCIO, | : |
| Plaintiff, | : Civil Action No. 07-4834 (RBK) |
| v. | : **O R D E R** |
|  | : (CLOSED) |
| KAREN BALICKI, et al., | : |
| Defendants. | : |

For the reasons set forth in this Court's Opinion filed herewith,

IT IS ON THIS   22nd   day of   June  , 2011;

**ORDERED** that Defendants' Motion for Judgment on the Pleadings, or alternatively, for Summary Judgment (docket entry 99) is hereby GRANTED; and it is further

**ORDERED** that Defendants' Motion to Seal (docket entry 96) is hereby GRANTED; Plaintiff's medical records filed in conjunction with this case shall be filed under seal; and it is further

**ORDERED** that Defendants' Motion to Dismiss (docket entry 111) is hereby DISMISSED as moot; and it is finally

**ORDERED** that the Clerk of the Court shall close this case.

s/Robert B. Kugler
ROBERT B. KUGLER
United States District Judge